```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/15/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JASON KORTBAWI

                Petitioner,

          -against-

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------------------X

16-CV-4934 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, April 30, 2020, is adjourned sine die. The parties shall update the Court, by letter, by June 25, 2020.

      SO ORDERED.

Dated: New York, New York
       April 15, 2020

                                                    /s/ Kimba M. Wood /
                                                 KIMBA M. WOOD
                                      United States District Judge